Honorable Sarah L. Cave (U. S. M. J.)

Courtroom 18A, 500 Pearl Street          Case No. 24 civ. 4792 (JPO) (SLC)

New York, NY 10007

Subject: Request for adjournment of initial conference dated September 17, 2025, at 11:00 AM.

I Harinder Jeet Singh (Singh) Hereby respectfully submit the following:

1. First of all, Singh wholeheartedly thanks the Hon. J. Paul Oetken and your Hon. for this opportunity.
2. Singh requests the adjournment of the above stated conference as Singh works the afternoon shift and is available Monday and Tuesday at any time. Via email dated 9/4/25 the opposing counsels agreed and proposed October 7, 2025 (After 11:00 AM) anytime and October 21, 2025 at the time convenient to this Hon. court for the adjournment.

Dated: 9/5/25                              Respectfully Submitted,
Cell: 347-247-1015
                                           Harinder Jeet Singh,
                                           P. O. Box- 721025 Jackson Heights,
                                           New York 11372

Email: SINGHHARINDER469@GMAIL.COM

---

Plaintiff's request at ECF No. 19 is **GRANTED**. The initial case management conference scheduled for September 17, 2025 is **ADJOURNED** to **October 7, 2025 at 2:30 p.m. ET** in-person in Courtroom 18A, 500 Pearl Street, New York NY 10007. The parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than **September 16, 2025**. On or before **September 30, 2025**, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by Plaintiff and counsel for Defendants. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

The Clerk of Court is respectfully directed to close ECF No. 19.

SO ORDERED.    September 9, 2025

SARAH L. CAVE
United States Magistrate Judge