UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARINDER JEET SINGH,

                Plaintiff,

   -v-

UNIVERSAL PROTECTION SERVICE, LLC, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 4792 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on December 16, 2025 (the "Conference"), the Court **ORDERS** the following:

1. Plaintiff Harinder Jeet Singh ("Mr. Singh") shall serve his initial requests for documents on Defendant 7 West 51st Street ("7 West") by **December 30, 2025**.

2. 7 West shall serve its initial requests for documents on Mr. Singh by **December 30, 2025**.

3. The deadline of January 13, 2026 for the parties to serve third party subpoenas, (see Dkt. No. 22 at 3), is **EXTENDED** up to and including **February 13, 2026**.

4. Another telephone conference to discuss the status of discovery is scheduled for **January 27, 2026 at 3:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

5. In advance of the January 27, 2026 telephone conference, if there are any discovery issues between the parties, the parties may file a joint letter of up to

1,250 words by **January 22, 2026** identifying the issues ripe for the Court's attention.

6. Defendants Universal Protection Service, LLC and 7 West shall order a copy of the Conference transcript by **December 22, 2025** using the annexed form.

Dated:       New York, New York
             December 16, 2025

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| **DOCKET NUMBER** | **DATE OF THE HEARING** | **JUDGE'S NAME** |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|