UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARINDER JEET SINGH,

                    Plaintiff,

        -v-

UNIVERSAL PROTECTION SERVICE, LLC, et al.,

                    Defendants.

CIVIL ACTION NO. 24 Civ. 4792 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 16, 2025, the Court held a telephone conference (the "Conference") and directed Defendants to order a transcript (the "Transcript") of the Conference by December 22, 2025.  (Dkt. No. 25 at 2).  To date, Defendants have not ordered the Transcript. Accordingly, the Court directs Defendants to order the Transcript, using the form annexed to the Court's Order at Dkt. No. 25, by **January 2, 2026**.

Dated:        New York, New York
              December 30, 2025

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**