UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARINDER JEET SINGH,

                    Plaintiff,

        -v-                                                    CIVIL ACTION NO. 24 Civ. 4792 (JPO) (SLC)

                                                                              **ORDER**

UNIVERSAL PROTECTION SERVICE, LLC, <u>et al.</u>,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on January 27, 2026 (the "Conference"), the

Court **ORDERS** the following:

1.  As discussed at the Conference, Plaintiff Harinder Jeet Singh ("Mr. Singh")

    referenced in his interrogatory responses to Defendant 7 West 51st Street, LLC

    a/k/a Sedesco Inc. ("Sedesco") a file share link (the "Link") purportedly connecting

    to Mr. Singh's production of documents to Defendant Universal Protection

    Service, LLC a/k/a Allied Universal Security Services ("Allied").  Sedesco stated at

    the Conference that the Link is now inactive.  By **January 30, 2026**, Plaintiff shall

    reactivate and resend the Link to Sedesco's counsel.

2.  As discussed at the Conference, Mr. Singh provided his interrogatory responses to

    Allied's counsel but did not include a verification.  By **January 30, 2026**, Plaintiff

    shall provide a verification for his interrogatory responses to Allied's counsel.

3. By **February 6, 2026**, counsel for Allied shall provide timekeeping reports to Mr. Singh for Mr. Johnson, Mr. Ibrahim, and the individual who replaced Mr. Singh, showing the dates, hours, and the location at which they worked.

4. By **January 30, 2026**, counsel for Sedesco shall provide written responses to Mr. Singh's discovery requests and produce documents responsive to Mr. Singh's requests.   After Mr. Singh receives and reviews Sedesco's responses and production, should Mr. Singh still seek to inspect and copy any original documents, Mr. Singh and counsel for Sedesco shall meet and confer to schedule a time for that inspection.

5. The deadline of February 13, 2026 for the parties to serve third party subpoenas, (see Dkt. No. 25 at 1), is **EXTENDED** up to and including **March 13, 2026**.

6. Another telephone conference to discuss the status of discovery is scheduled for **March 3, 2026 at 4:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

7. By **February 3, 2026**, Defendants Allied and Sedesco shall order a copy of the Conference transcript using the annexed form.

Dated:     New York, New York
           January 27, 2026

SO ORDERED.

_____

SARAH L. CAVE
**United States Magistrate Judge**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

<span style="color:red">Send one request per completed form to:</span>

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
<span style="color:red">**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.</span>

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|