UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARINDER JEET SINGH,

                              Plaintiff,

        -v-                                                    CIVIL ACTION NO. 24 Civ. 4792 (JPO) (SLC)

UNIVERSAL PROTECTION SERVICE, LLC, et al.,                     **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the docket entries dated February 3, 2026 stating that the Pro Se Intake Office issued subpoenas (the "Subpoenas") to pro se Plaintiff Harinder Jeet Singh ("Mr. Singh"). (Dkt. Entries dated Feb. 3, 2026). On or before **February 18, 2026**, Mr. Singh shall file proof of service showing that he served the Subpoenas on their recipients.

Dated:        New York, New York
              February 4, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge