UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARINDER JEET SINGH,<br><br>                            Plaintiff,<br><br>     -v-<br><br>UNIVERSAL PROTECTION SERVICE, LLC, <u>et al.</u>,<br><br>                         Defendants. | CIVIL ACTION NO. 24 Civ. 4792 (JPO) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of <u>pro</u> <u>se</u> Plaintiff Harinder Jeet Singh's ("Mr. Singh") two letters dated February 9, 2026.  (Dkt. No. 34 (the "Discovery Letter"); 35 (the "Subpoena Letter")).

**I.  <u>The Discovery Letter</u>**

Following the telephone conference held on January 27, 2026, the Court ordered the parties to exchange certain discovery (the "Required Discovery").  (Dkt. No. 31).  In the Discovery Letter, Mr. Singh alleges that Defendants have not produced the Required Discovery. (Dkt. No. 34).  Mr. Singh therefore requests that the Court schedule an earlier conference than the one scheduled for March 3, 2026, at 4:00 p.m. ET.  (Dkt. Nos. 31; 4).  Mr. Singh's request for an earlier conference is **GRANTED**.  An <u>in-person</u> conference to discuss the parties' discovery issues is scheduled for **February 19, 2026, at 2:15 p.m. ET** (the "Conference") and will take place in Courtroom 18A, 500 Pearl Street, New York, New York, 10007.[1]

---

[1] The Court clarifies that, at this time, the telephone conference scheduled for **March 3, 2026, at 4:00 p.m. ET.**, (Dkt. No. 31), shall remain on the schedule.

Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse for use at the Conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **February 13, 2026**. The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

## II. The Subpoena Letter

On February 3, 2026, the Pro Se Intake Office issued three subpoenas (the "Subpoenas") to Mr. Singh. (Dkt. Entries dated Feb. 3, 2026). In the Subpoena Letter, Mr. Singh states that he obtained the Subpoenas from the Pro Se Intake Office to "get ready" for "when the time comes to serve [subpoenas] on the third part[ies]" but clarifies that he has not yet served the Subpoenas on their recipients. (Dkt. No. 35). The deadline for the parties to serve all third-party subpoenas is **March 13, 2026**. (Dkt. No. 31 at 2). Given Mr. Singh's pro se status, however, although Mr. Singh must serve the Subpoenas on their recipients by **March 13, 2026**, his deadline to file the proof of service of the Subpoenas is **EXTENDED** to **March 20, 2026**.

Dated:      New York, New York
            February 13, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2