

**MARTENSON HASBROUCK & SIMON LLP**

**Evan S. Weiss**
Attorney at Law
DD (332) 345-2475
eweiss@martensonlaw.com

> Defendant's request at Dkt. No. 38 is **GRANTED**. The in-person conference scheduled for February 19, 2026 at 2:15 p.m. ET to discuss the parties' discovery issues, (see Dkt. No. 37), is **ADJOURNED** to **February 23, 2026 at 2:15 p.m. ET** and will take place in Courtroom 18A, 500 Pearl Street, New York, New York, 10007. The parties shall email any Electronic Device Orders, (see Dkt. No. 37 at 2) to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) by **February 19, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 38.
>
> SO ORDERED.    February 18, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

February 17, 2026

**<u>Via PACER:</u>**
The Honorable Sarah L. Cave
United States Magistrate Judge
U.S. District Court for the Southern District of New York

       *Re:*    *Singh v. Universal Protection Service, LLC, et al.*, 1:24-cv-4792

Judge Cave:

The undersigned represents Defendant Universal Protection Service, LLC in the above-referenced action. At approximately 3 p.m. today, the Court set an in-person status conference for this Thursday, February 19, at 2:15 p.m. Unfortunately, the undersigned is scheduled to be in Philadelphia on February 19 for a previously scheduled deposition. Accordingly, and in accordance with Section I.D of Your Honor's Individual Practices in Civil Cases, we request with the consent of all parties that the February 19 status conference be rescheduled. We have not previously requested that this conference be adjourned.

Because this conference was scheduled on less than 48 hours' notice, we were unable to make this request at least 48 hours in advance as ordinarily required by the Court's Rules. Mr. Singh and counsel for both Defendants are available for the adjourned proceeding any time in the afternoon of Monday, February 23. We understand that the Court's Rules require that the parties identify two alternate proposed dates, but Mr. Singh has indicated that he can only be available on Monday or Tuesday, and the undersigned has a mediation on Tuesday, February 24. As the Court has already set a telephone conference for Tuesday March 3, we have not proposed alternate dates the week of March 2.

Thank you for your consideration of this request.

Sincerely,

**MARTENSON, HASBROUCK & SIMON LLP**

Evan S. Weiss

cc:    All parties via ECF
       Harinder Singh, *pro se*, via email

ATLANTA | CARLSBAD | CHICAGO | DALLAS | NEW YORK | ORANGE COUNTY | SACRAMENTO

New York Office | 40 Exchange Place | Suite 1502 | New York, New York 10005 | 332-345-2470 | martensonlaw.com