UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARINDER JEET SINGH,<br><br>                    Plaintiff,<br><br>     -v-<br><br><br>UNIVERSAL PROTECTION SERVICE, LLC, <u>et</u> <u>al.</u>,<br><br>                    Defendants. | CIVIL ACTION NO. 24 Civ. 4792 (JPO) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on February 23, 2026 (the "Conference"), the Court **ORDERS** the following:

1. For the reasons discussed at the Conference, the request of Plaintiff Harinder Jeet Singh ("Mr. Singh") for an in-person inspection of the documents previously produced by Defendant 7 West 51st Street, LLC a/k/a Sedesco Inc. ("Sedesco") via an email link (the "Sedesco Production") is **DENIED**.

2. By **February 25, 2026**, Sedesco shall mail to Mr. Singh a hard copy of the Sedesco Production, previously sent to him via an email link, and provide Mr. Singh with the tracking information.

3. By **February 27, 2026**, Sedesco shall provide to Mr. Singh an explanation of how Sedesco copied the record book, copies of which Sedesco previously produced as part of the Sedesco Production.

4. By **February 27, 2026**, Defendant Universal Protection Service, LLC a/k/a Allied Universal Security Services ("Allied") shall double check its production to confirm

that it has produced to Mr. Singh timekeeping reports for Mr. Johnson for April 2021.  (See Dkt. No. 31 at 2).

5. The Court reminds the parties that the deadline for the parties to serve all third-party subpoenas is **March 13, 2026**.  (Dkt. Nos. 31 at 2; 37 at 2).

6. The deadline of March 20, 2026 for Mr. Singh to file proof of service of his third-party subpoenas, (Dkt. Entries dated Feb. 3, 2026; see Dkt. No. 37 at 2), is **EXTENDED** to **March 27, 2026**.

7. The deadline of March 13, 2026 to complete fact discovery, (Dkt. No. 31 at 2), is **EXTENDED** to **April 13, 2026**.

8. The telephone conference to discuss the status of discovery previously scheduled for March 3, 2026 at 4:00 p.m. ET, (Dkt. No. 31 at 2), is **ADJOURNED** to **April 7, 2026 at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

9. By **February 27, 2026**, Defendants Allied and Sedesco shall order a copy of the Conference transcript using the annexed form.

Dated:     New York, New York
           February 24, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|