UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARINDER JEET SINGH,

                              Plaintiff,

        -v-                                                    CIVIL ACTION NO. 24 Civ. 4792 (JPO) (SLC)

                                                                                     **ORDER**

UNIVERSAL PROTECTION SERVICE, LLC, et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on April 6, 2026 (the "April 6 Conference"), at which pro se Plaintiff Harinder Jeet Singh ("Mr. Singh") and counsel for Defendant Universal Protection Service, LLC a/k/a Allied Universal Security Services ("Allied") appeared, but counsel for Defendant 7 West 51st Street, LLC a/k/a Sedesco Inc. ("Sedesco") did not, the Court **ORDERS** the following:

1. By **April 9, 2026**, Defendants Allied and Sedesco shall order a copy of the April 6 Conference transcript using the annexed form.

2. By **April 21, 2026**, Mr. Singh shall search for and produce to Allied's counsel any Form W-2s he received from his employers for the years 2022–2025.

3. The deadline of April 13, 2026 to complete fact discovery, (Dkt. No. 42 at 2), is **EXTENDED** to **May 13, 2026**.

4. At the April 6 Conference, Mr. Singh identified certain discovery deficiencies concerning Sedesco's production (the "Alleged Sedesco Deficiencies").  As stated above, however, Sedesco did not appear at the April 6 Conference.  Accordingly,

the Court will discuss the Alleged Sedesco Deficiencies at the May 5 Conference. (See ¶ 5, infra).

5. Another telephone conference to discuss the status of discovery is scheduled for **May 5, 2026 at 12:15 p.m. ET** (the "May 5 Conference") on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time. Sedesco is warned that failure to appear for the May 5 Conference may result in the Court issuing an order to show cause why Sedesco should not be sanctioned.

Dated:    New York, New York
          April 7, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

<span style="color:red">Send one request per completed form to:</span>

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
<span style="color:red">**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.</span>

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | | 3 Day $6.55 | | 7 Day $5.85 | | 14 Day $5.10 | | 30 Day $4.40 | |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|