UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARINDER JEET SINGH,

                    Plaintiff,

    -v-

UNIVERSAL PROTECTION SERVICE, LLC, et al.,

                    Defendants.

CIVIL ACTION NO. 24 Civ. 4792 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on May 5, 2026 (the "Conference"), the Court

**ORDERS** the following:

1. The Court reminds the parties that the deadline to complete fact discovery is **May 13, 2026**.  (Dkt. No. 46 ¶ 3).  By **May 20, 2026**, the parties shall file a joint letter certifying that fact discovery is complete.

2. In light of the parties' willingness to participate in a Settlement Conference,[1] the briefing schedule for any motions for summary judgment shall be **HELD IN ABEYANCE**.

3. Should the parties wish to order a copy of the Conference transcript, they may do so using the annexed form.

Dated:    New York, New York          SO ORDERED.
          May 5, 2026

_____
SARAH L. CAVE
**United States Magistrate Judge**

---

[1] As discussed at the Conference, the Court will enter a separate Settlement Conference Scheduling Order once Defendants Universal Protection Service, LLC a/k/a Allied Universal Security Services and 7 West 51st Street, LLC a/k/a Sedesco Inc. inform the Court of their availability.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
NOTE: CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|