UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARINDER JEET SINGH,

                    Plaintiff,

     -v-                                              CIVIL ACTION NO. 24 Civ. 4792 (JPO) (SLC)

                                                     **ORDER**

UNIVERSAL PROTECTION SERVICE, LLC, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person settlement conference on June 9, 2026, which did not result

in a settlement.  By **June 16, 2026**, the parties shall file for the attention of the Honorable J. Paul

Oetken a joint letter proposing a summary judgment briefing schedule.

Dated:        New York, New York            SO ORDERED.
              June 9, 2026

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**